**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

☑ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

06/24

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

|  |  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| **1.** | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **George**<br>First name<br><br>**Allen**<br>Middle name<br><br>**Weiss**<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.** | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. |  |  |
| **3.** | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0265 |  |

Debtor 1    **George Allen Weiss**                                        Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4.** **Your Employer Identification Number (EIN), if any.** | _____<br>EIN | _____<br>EIN |

**5.    Where you live**

**7252 Fisher Island Drive**
**Fisher Island, FL 33109**
_____
Number, Street, City, State & ZIP Code

**Miami-Dade**
_____
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6.    Why you are choosing *this district* to file for bankruptcy**

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1 __George Allen Weiss__                                          Case number *(if known)* _____

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

| Debtor | __GWA, LLC__ | Relationship to you | __Affiliate__ |
|---|---|---|---|
| District | __Southern District of New York (Manhattan)__ | When __4/29/24__ | Case number, if known __24-10744-mg__ |
| Debtor | __See Attachment__ | Relationship to you | _____ |
| District | _____ | When _____ | Case number, if known _____ |

**11. Do you rent your residence?**

■ No.    Go to line 12.
☐ Yes.    Has your landlord obtained an eviction judgment against you?

    ☐ No. Go to line 12.

    ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1   **George Allen Weiss**                                              Case number *(if known)*

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.   Go to Part 4.

☐ Yes.   Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐   Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐   Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐   Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐   Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐   None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**
For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ No.   I am not filing under Chapter 11.

☑ No.   I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.   I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No.

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____

_____
Number, Street, City, State & Zip Code

Debtor 1   **George Allen Weiss**                                  Case number *(if known)*

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |
|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

| Debtor 1 | George Allen Weiss | Case number *(if known)* |
|---|---|---|

---

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

16a. **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

16b. **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ■ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**/s/ George Allen Weiss**

| **George Allen Weiss** | |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |

| Executed on   **June  4, 2025** | Executed on |
|---|---|
| MM / DD / YYYY | MM / DD / YYYY |

---

Debtor 1    **George Allen Weiss**                                        Case number *(if known)*

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**/s/ Paul J. Battista**                                   Date    **June  4, 2025**
Signature of Attorney for Debtor                                    MM / DD / YYYY

**Paul J. Battista 884162**
Printed name

**Venable LLP**
Firm name

**801 Brickell Avenue, Suite 1500**
**Miami, FL 33131**
Number, Street, City, State & ZIP Code

Contact phone    **305-349-2300**                    Email address

**884162 FL**
Bar number & State

---

Debtor 1    **George Allen Weiss**                                    Case number *(if known)* _____

| Fill in this information to identify your case: |
|---|

Debtor 1          **George Allen Weiss**
                  First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number
(if known)    _____

☐ Check if this is an
   amended filing

## FORM 101. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| Debtor | **GWA, LLC** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Southern District of New York (Manhattan)** | When | **4/29/24** | Case number, if known | **24-10744-mg** |
| Debtor | **OGI Associates LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York (Manhattan)** | When | **4/29/24** | Case number, if known | **24-10745-mg** |
| Debtor | **Weiss Multi-Strategy Advisers LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York (Manhattan)** | When | **4/29/24** | Case number, if known | **24-10743-mg** |
| Debtor | **Weiss Special Operations LLC** | | | Relationship to you | **Affiliate** |
| District | **Southern District of New York (Manhattan)** | When | **4/29/24** | Case number, if known | **24-10746-mg** |

| Fill in this information to identify your case: | |
|---|---|
| Debtor 1 | **George Allen Weiss** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | SOUTHERN DISTRICT OF FLORIDA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders

12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**    List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | Unsecured claim |
|---|---|---|---|

**1**

**Internal Revenue Service**
**Po Box 21126**
**Philadelphia, PA 19114**

What is the nature of the claim?    **Tax Order entered 4/15/25**    **$180,000,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed
☐ None of the above apply

_____

Contact

_____

Contact phone

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)
         Value of security:    - _____
         Unsecured claim    _____

---

**2**

**Bank of America**
**One Bryant Park, 47th Floor**
**New York, NY 10036**

What is the nature of the claim?    **Line of Credit**    **$121,440,000.00**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☑ None of the above apply

_____

Contact

Does the creditor have a lien on your property?
☑ No
☐ Yes. Total claim (secured and unsecured)    _____

Debtor 1    **George Allen Weiss**                                      Case number *(if known)*

_____
Contact phone

Value of security:                    - _____
Unsecured claim                      _____

---

**3**

**Jefferies Strategic Investments, LLC**
**Leucadia Asset Management Holdings LLC**
**c/o The Corporation Trust Company**
**1209 Orange Street**
**Wilmington, DE 19801**

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Judgment entered 5/20/25**    **$113,493,250.00**

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
■  Disputed
☐  None of the above apply

Does the creditor have a lien on your property?

■  No
☐  Yes. Total claim (secured and unsecured)
        Value of security:                    - _____
        Unsecured claim                      _____

---

**4**

**American Express**
**PO Box 981535**
**El Paso, TX 79998**

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Credit Card**    **$214,870.00**

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

Does the creditor have a lien on your property?

■  No
☐  Yes. Total claim (secured and unsecured)
        Value of security:                    - _____
        Unsecured claim                      _____

---

**5**

**Terpsi Capital Fund 2 LP**
**6 Saint Johns Lane**
**New York, NY 10013**

_____
Contact

_____
Contact phone

What is the nature of the claim?    **Private Investment**    **$171,000.00**

As of the date you file, the claim is: Check all that apply
☐  Contingent
☐  Unliquidated
☐  Disputed
■  None of the above apply

Does the creditor have a lien on your property?

■  No
☐  Yes. Total claim (secured and unsecured)
        Value of security:                    - _____
        Unsecured claim                      _____

---

**6**

**Sutton Place South Corporation**
**c/o Douglas Elliman**
**PO Box 22127, Attn Accounts Receivable**

What is the nature of the claim?        **$64,272.06**

---

Debtor 1    **George Allen Weiss**                              Case number *(if known)* _____

**Tampa, FL 33622**

**As of the date you file, the claim is:** Check all that apply

☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**

☐    No

■    Yes. Total claim (secured and unsecured)          $64,272.06

 Value of security:          - $0.00

 Unsecured claim          $64,272.06

_____

Contact

_____

Contact phone

---

| 7 | **Bank of America** | What is the nature of the claim? | **Credit Card** | $55,262.00 |

**Bank of America**
**One Bryant Park, 47th Floor**
**New York, NY 10036**

**As of the date you file, the claim is:** Check all that apply

☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**

■    No

☐    Yes. Total claim (secured and unsecured)

 Value of security:          - _____

 Unsecured claim          _____

_____

Contact

_____

Contact phone

---

| 8 | **Town of West Hartford** | What is the nature of the claim? | **RE Taxes** | $26,000.00 |

**Town of West Hartford**
**50 S Main St**
**West Hartford, CT 06107**

**As of the date you file, the claim is:** Check all that apply

☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**

■    No

☐    Yes. Total claim (secured and unsecured)

 Value of security:          - _____

 Unsecured claim          _____

_____

Contact

_____

Contact phone

---

| 9 | **Miami Dade County** | What is the nature of the claim? | **Notice Only** | $25,000.00 |

**Miami Dade County**
**111 NW 1st Street, Suite 710**
**Miami, FL 33128-1984**

**As of the date you file, the claim is:** Check all that apply

☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**

■    No

☐    Yes. Total claim (secured and unsecured)          _____

_____

Contact

---

Debtor 1    **George Allen Weiss** _____    Case number _(if known)_ _____

_____    Value of security:
Contact phone                                Unsecured claim              -   _____

---

| 10 | **Bank of America**<br>**One Bryant Park, 47th Floor**<br>**New York, NY 10036** | What is the nature of the claim? | **Credit Card** | **$19,315.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security:                -   _____
Contact                            Unsecured claim   _____
Contact phone

---

| 11 | **Fisher Island Community**<br>**Association**<br>**1 Fisher Island Dr.**<br>**Miami Beach, FL 33109** | What is the nature of the claim? | **7252 Fisher Island**<br>**Drive Fisher Island, FL**<br>**33109  Miami-Dade**<br>**County** | **$12,000.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ☐ No
- ■ Yes. Total claim (secured and unsecured)    **$12,000.00**

Value of security:                -   **$0.00**
Contact                            Unsecured claim   **$12,000.00**
Contact phone

---

| 12 | **Adventure Limousine**<br>**8131 NW 47 Terrace**<br>**Miami, FL 33166** | What is the nature of the claim? | **Car Service** | **$10,000.00** |

As of the date you file, the claim is: Check all that apply
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ■ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Value of security:                -   _____
Contact                            Unsecured claim   _____
Contact phone

---

| 13 | **Eversource**<br>**800 Boylston Street, 17th Floor** | What is the nature of the claim? | **Utilities** | **$9,948.00** |

Debtor 1    **George Allen Weiss**                                        Case number *(if known)* _____

**Boston, MA 02199**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact                                        Value of security:                    - _____
                                              Unsecured claim

Contact phone

---

| 14 | | | |
|----|--|--|--|

**LL Mobility**                          What is the nature of the claim?    **Professional Services**    **$7,000.00**
**1115 Jerome Avenue, 3B**
**Bronx, NY 10452**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☒ No
- ☐ Yes. Total claim (secured and unsecured)

Contact                                        Value of security:                    - _____
                                              Unsecured claim

Contact phone

---

| 15 | | | |
|----|--|--|--|

                                         What is the nature of the claim?    **7252 Fisher Island**    **$5,914.00**
                                                                              **Drive Fisher Island, FL**
                                                                              **33109  Miami-Dade**
**Oceanside at Fisher Island**                                                **County**
**8061 Fisher Island Dr**
**Miami Beach, FL 33109**                **As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

- ☐ No
- ☒ Yes. Total claim (secured and unsecured)    **$5,914.00**

Contact                                        Value of security:                    - **$0.00**
                                              Unsecured claim                          **$5,914.00**

Contact phone

---

| 16 | | | |
|----|--|--|--|

**Bank of America**                      What is the nature of the claim?    **Credit Card**    **$3,169.00**
**One Bryant Park, 47th Floor**
**New York, NY 10036**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☒ None of the above apply

**Does the creditor have a lien on your property?**

Debtor 1   **George Allen Weiss**                                    Case number *(if known)* _____

| | |
|---|---|
| | ■ No |
| Contact | ☐ Yes. Total claim (secured and unsecured) |
| | Value of security: |
| Contact phone | - _____ Unsecured claim _____ |

---

**17**

Sutton Place Condo (Click Pay)
444 E 57th Street Apt 4B
New York, NY 10022

**What is the nature of the claim?**    **Condo Fees / RE Taxes Co-Op charges (ClickPay)**    $2,103.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:
    - _____ Unsecured claim _____

Contact _____
Contact phone _____

---

**18**

ConnectiCare
PO Box 21849
New York, NY 10087

**What is the nature of the claim?**    **Monthly Health Insurace**    $1,572.72

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:
    - _____ Unsecured claim _____

Contact _____
Contact phone _____

---

**19**

Connecticut Natural Gas
Corporation
76 Meadow St
East Hartford, CT 06108

**What is the nature of the claim?**    **Utilities**    $1,500.00

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
    Value of security:
    - _____ Unsecured claim _____

Contact _____
Contact phone _____

---

Debtor 1    **George Allen Weiss**                                  Case number *(if known)* _____

| **20** | |
|---|---|

**CT Commissioner of Revenue Services**
**Department of Revenue Services**
**450 Columbus Boulevard, Suite 1**
**Hartford, CT 06103**

**What is the nature of the claim?**    **Payroll**        $1,300.00

**As of the date you file, the claim is:** Check all that apply
☐    Contingent
☐    Unliquidated
☐    Disputed
■    None of the above apply

**Does the creditor have a lien on your property?**

■    No
☐    Yes. Total claim (secured and unsecured)
        Value of security:                    - _____
        Unsecured claim                        _____

_____
_____
Contact
_____
Contact phone

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X    **/s/ George Allen Weiss**                    X _____
    **George Allen Weiss**                        Signature of Debtor 2
    Signature of Debtor 1


    Date    **June  4, 2025**                    Date _____

ADT Security
1501 Yamato Road
Boca Raton, FL 33431


ADT Security
PO Box 371490
Pittsburgh, PA 15250


Adventure Limousine
8131 NW 47 Terrace
Miami, FL 33166


Adventure Limousine
7317 NE 1st Pl
Miami, FL 33138


Alexis Herman Psyd
1600 Wilson Boulevard, Suite 702
Arlington, VA 22209


All Waste
PO BOX 2472
Hartford, CT 06146


All Waste
143 Murphy Road
Hartford, CT 06114


American Express
PO Box 981535
El Paso, TX 79998


American Express
P.O. Box 6618
Omaha, NE 68105-0618


American Express
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701


AT&T
208 S. Akard St.
Dallas, TX 75202

```
AT&T
Bankruptcy Dept.
PO Box 309
Portland, OR 97207


Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530-0001


Bank of America
One Bryant Park, 47th Floor
New York, NY 10036


Bank of America
POB 2864
Transaction Processing CT2-515-BB-12
Hartford, CT 06101-2715


Bank of America
PO Box 105483
Atlanta, GA 30348-5483


Bank of America
PO Box 1598
Norfolk, VA 23501


Bank of America
100 North Tryon Street
Charlotte, NC 28202


Beth Andrew-Berry
c/o Michelle C. Yau
Cohen Milstein Sellers & Toll PLLC
1100 New York Avenue, NW, Suite 800
Washington, DC 20005


CA Franchise Tax Board
PO Box 942857
Sacramento, CA 94257-0500


CA Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0001
```

```
Christie Manson & Wood Limited
8 King Street St James's
London, SW1Y 6QT


Christie Manson & Wood Limited
c/o Finance & Revenue Department
400 7th Street
Washington, DC 20001


Comcast
1701 JFK Boulevard
Philadelphia, PA 19103


Comcast
POB 530098
Atlanta, GA 30353-0098


Comcast
One Comcast Center
1701 John F. Kennedy Blvd.
Philadelphia, PA 19103-2838


Commissioner of Internal Revenue
Internal Revenue Service Building
1111 Constitution Avenue, NW
Washington, DC 20224


ConEd
4 Irving Place
New York, NY 10003


ConnectiCare
PO Box 21849
New York, NY 10087


ConnectiCare
PO Box 546
Farmington, CT 06034-0546


ConnectiCare
175 Scott Swamp Road
Farmington, CT 06032-3124
```

Connecticut Department of Labor
200 Folly Brook Boulevard
Wethersfield, CT 06109-1114


Connecticut Natural Gas Corporation
76 Meadow St
East Hartford, CT 06108


Connecticut Natural Gas Corporation
PO Box 847820
Boston, MA 02284-7820


Connecticut Real Property Tax Collector
Town of West Hartford
Revenue Collection
50 South Main Street, Room 109
West Hartford, CT 06107


CT Administrator Unemployment Compensati
200 Folly Brook Blvd
Wethersfield, CT 06109


CT Administrator Unemployment Compensati
Connecticut Department of Labor
200 Folly Brook Blvd
Wethersfield, CT 06109-1114


CT Commissioner of Revenue Services
Department of Revenue Services
450 Columbus Boulevard, Suite 1
Hartford, CT 06103


CT Employment Security Division
200 Folly Brook Boulevard
Wethersfield, CT 06109


CT Employment Security Division
645 South Main Street
Middletown, CT 06457


CT Paid Leave Authority
200 Folly Brook Boulevard
Wethersfield, CT 06109

```
Custom Cable
242 Butler St
Westbury, NY 11590


Custom Cable
1727 180th St
Gardena, CA 90248


Delaware Secretary of State
State of Delaware Division of Corporatio
P.O. Box 74072
Baltimore, MD 21274-4072


Eversource
800 Boylston Street, 17th Floor
Boston, MA 02199


Eversource
56 Prospect Street
Hartford, CT 06103


Fisher Island Community Association
1 Fisher Island Dr.
Miami Beach, FL 33109


Fleet Bank NA
1 Constitution Plz
Hartford, CT 06115-2502


Fleet Bank NA
c/o UCC Commercial Recording Division
30 Trinity St
Hartford, IL 61060


Florida Department of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0100


Florida Department of Revenue
8175 NW 12th St.
Suite 119
Doral, FL 33126-1828
```

Florida Power & Light
Bankruptcy RRD/LFO
4200 W Flagler St
Miami, FL 33134


FPL
700 Universe Blvd.
North Palm Beach, FL 33408-0420


GW Crown Holdings LLC
7252 Fisher Island Dr
Miami Beach, FL 33109-0747


GWA, LLC
400 Capital Boulevard
Suite 201
Rocky Hill, CT 06067


GWA, LLC
c/o Robert Gayda, Esq.
Seward & Kissel LLP
New York, NY 10004


GWA, LLC
c/o Stephanie R Sweeney, Esq.
Klestadt Winters Jureller Southard & Ste
200 West 41st Street, 17th Floor
New York, NY 10036


GWA, LLC
c/o Tracy L. Klestadt, Esq.
Klestadt Winters Jureller Southard & Ste
200 West 41st Street, 17th Floor
New York, NY 10036


GWA, LLC
400 Capital Boulevard, Suite 201
Rocky Hill, CT 06067


Hartford Office of the Tax Collector
Hartford City Hall
550 Main Street
1st Floor, Room 106
Hartford, CT 06103

Internal Revenue Service
Po Box 21126
Philadelphia, PA 19114


Intuit Quickbooks
17 Bishop Rd
West Hartford, CT 06119-1503


Intuit Quickbooks
154 Englewood Ave
West Hartford, CT 06110-1009


Intuit Quickbooks
19E Greenbriar Drive
Farmington, CT 06032


Intuit Quickbooks
405 N Angier Ave NE.
Atlanta, GA 30308


Jefferies Strategic Investments, LLC
Leucadia Asset Management Holdings LLC
c/o The Corporation Trust Company
1209 Orange Street
Wilmington, DE 19801


Jefferies Strategic Investments, LLC
Leucadia Asset Management LLC
c/o Scott Balber, Esq., Herbert Smith Fr
200 Park Avenue
New York, NY 10166


Jefferies Strategic Investments, LLC
Leucadia Asset Management LLC
520 Madison Avenue
New York, NY 10022


LL Mobility
1115 Jerome Avenue, 3B
Bronx, NY 10452


Metropolitan District Commission
555 Main St
Hartford, CT 06103

Metropolitan District Commission
P.O. Box 990092
Hartford, CT 06199-0092


Miami Dade County
111 NW 1st Street, Suite 710
Miami, FL 33128-1984


Miami Dade County Tax Collector
200 NW 2nd Ave
Miami, FL 33128


New York City Department of Taxation and
NYC Department of Finance
66 John Street, Room 104
New York, NY 10038


New York State Department of Taxation an
NYS Departmen tof Tation and Finance
Attn: Office of Counsel
Building 9, W A Harriman Campus
Albany, NY 12227


New York Tax Collector
State Processing Center
PO Box 61000
Albany, NY 12261-0001


New York Tax Collector
NYS Tax Department
RPC - PIT
90 Cohoes Ave
Green Island, NY 12183-1515


Oceanside at Fisher Island
8061 Fisher Island Dr
Miami Beach, FL 33109


OGI Associates, LLC
400 Capital Boulevard
Suite 201
Rocky Hill, CT 06067

OGI Associates, LLC
c/o Robert Gayda, Esq.
Seward & Kissel LLP
New York, NY 10004


OGI Associates, LLC
c/o Stephanie R Sweeney
Klestadt Winters Jureller Southard & Ste
200 West 41st Street, 17th Floor
New York, NY 10036


OGI Associates, LLC
c/o Tracy L. Klestadt, Esq.
Klestadt Winters Jureller Southard & Ste
200 West 41st Street, 17th Floor
New York, NY 10036


Patricia Bravo-Weiss
444 E 57th Street Apt 4B
New York, NY 10022


Securities And Exchange Commission
3475 Lenox Road N.E. # 1000
Atlanta, GA 30326-1232


Securities and Exchange Commission
New York Regional Office
3 World Financial Center, Suite 400
New York, NY 10281


Sotheby's Financial Services, Inc.
1334 York Ave
New York, NY 10021-4806


Sotheby's Financial Services, Inc.
c/o UCC Commercial Recording Division
30 Trinity St
Orangeville, IL 61060


Spectrum
400 Washington Blvd.
Stamford, CT 06902


Spectrum
P.O. Box 299008
Lewisville, TX 75029

State Line Propane
500 Salmon Brook St
Granby, CT 06035


State Line Propane LLC
PO Box 958
Granby, CT 06035-0958


State of Florida Attorney General
PL-01, The Capitol
Tallahassee, FL 32399-1050


Sutton Place Condo (Click Pay)
444 E 57th Street Apt 4B
New York, NY 10022


Sutton Place South Corporation
c/o Douglas Elliman
PO Box 22127, Attn Accounts Receivable
Tampa, FL 33622


T-Mobile
12920 SE 38th Street
Bellevue, WA 98006


T-Mobile
PO Box 742596
Cincinnati, OH 45274


Terpsi Capital Fund 2 LP
6 Saint Johns Lane
New York, NY 10013


The University Club
1 W 54th St
New York, NY 10019


Total Security Plus
659 Ridgeway
White Plains, NY 10605


Town of West Hartford
50 S Main St
West Hartford, CT 06107

```
Verizon
1095 Avenue of the Americas
New York, NY 10036


Verizon
Attn: VSAT
180 Washington Valley Road
Bedminster, NJ 07921


Verizon Wireless
P.O. Box 4003
Acworth, GA 30101


Weiss Family Art
7252 Fisher Island Dr
Miami Beach, FL 33109-0747


Weiss Multi-Strategy Advisers LLC
320 Park Avenue
20th Floor
New York, NY 10022


Weiss Multi-Strategy Advisers LLC
c/o Robert Gayda, Esq.
Seward & Kissel LLP
New York, NY 10004


Weiss Multi-Strategy Advisers LLC
c/o Stephanie R Sweeney
Klestadt Winters Jureller Southard & Ste
200 West 41st Street, 17th Floor
New York, NY 10036


Weiss Multi-Strategy Advisers LLC
c/o Tracy L. Klestadt
Klestadt Winters Jureller Southard & Ste
200 West 41st Street, 17th Floor
New York, NY 10036


Weiss Special Operations LLC
400 Capital Boulevard
Suite 201
Rocky Hill, CT 06067
```

```
Weiss Special Operations LLC
c/o Robert Gayda, Esq.
Seward & Kissel LLP
New York, NY 10004


Weiss Special Operations LLC
c/o Tracy L. Klestadt, Esq.
Klestadt Winters Jureller Southard & Ste
200 West 41st Street, 17th Floor
New York, NY 10036-7203


Weiss Special Operations LLC
c/o Stephanie R Sweeney
Klestadt Winters Jureller Southard & Ste
200 West 41st Street, 17th Floor
New York, NY 10036
```